PER CURIAM.

(No. 74-CC-739— )

ALEX J. SPADONI, M.D., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed July 10 1974.*

ALEX J. SPADONI, M.D., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

14

Per Curiam.